UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GONZALEZ-MORAN, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01938-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO SUPPLEMENT COMPLAINT IN CLOSED ACTION<br><br>(ECF No. 10) |

Plaintiff Guillermo Cruz Trujillo, a state prisoner proceeding pro se, filed this civil action on December 29, 2016. (ECF No. 1.) Plaintiff consented to magistrate judge jurisdiction. (ECF No. 5.)

On January 19, 2017, the Court denied Plaintiff's motion to proceed in forma pauperis, and dismissed the action without prejudice, pursuant to 28 U.S.C. § 1915(g). Judgment was entered accordingly and the action was closed. (ECF Nos. 8, 9.)

On January 20, 2017, Plaintiff filed the instant motion requesting leave to supplement the complaint with additional exhibits pursuant to Local Rule 138(d). (ECF No. 10.) As this action has been dismissed and the case closed, Plaintiff's motion is moot.

Nonetheless, the Court has reviewed the exhibits submitted and finds that they would not alter the Court's ruling on January 19, 2017.

Accordingly, Plaintiff's motion for permission to supplement his complaint with exhibits pursuant to Local Rule 138(d), filed on January 20, 2017, is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:  **January 23, 2017**          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28